UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURACELL U.S. OPERATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER BRANDS, LLC,<br><br>Defendant. | CASE NO. 1:20-cv-07318-JPO |

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby voluntarily dismissed without prejudice in its entirety as to all parties and all claims, with each party to bear its own costs.

Dated: December 4, 2020

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| */s/ Andrew Gordon* | */s/ William H. Brewster* |
| Andrew Gordon | William H. Brewster |
| Darren W. Johnson | R. Charles Henn Jr. |
| Aaron Delaney | 1100 Peachtree Street, NE, Suite 2800 |
| 1285 Avenue of the Americas | Atlanta, Georgia 30309 |
| New York, New York 10019-6064 | Telephone: (404) 815-6500 |
| Tel: (212) 373-3000 | Facsimile: (404) 815-6555 |
| Fax: (212) 492-0710 | Email: bbrewster@kilpatricktownsend.com |
| Email: agordon@paulweiss.com |        chenn@kilpatricktownsend.com |
|        djohnson@paulweiss.com | |
|        adelaney@paulweiss.com | Bryan Wolin |
| | The Grace Building |
| Craig A. Benson | 1114 Avenue of the Americas, Fl. 21 |
| 2001 K Street, NW | New York, New York 10036 |

Washington, DC 20006  
Telephone: (202) 223-7300  
Fax: (202) 223-7420  
Email: cbenson@paulweiss.com  

*Counsel for Duracell U.S. Operations, Inc.*

Telephone: (212) 775-8700  
Facsimile: (212) 775-8800  
Email: bwolin@kilpatricktownsend.com  

*Counsel for Energizer Brands, LLC*